# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** Barton & Associates, Inc. | **Defendant(s):** Jamie Trainor ; Andre Godbout ; Kendall Guaglianone ; AB Staffing Solutions, LLC |
| County of Residence: Outside the State of Arizona | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |

Plaintiff's Atty(s):

**Julia S. Acken**
**Jennings, Strouss & Salmon, PLC**
**One East Washington Street, Suite 1900**
**Phoenix, Arizona  85004-2554**

**John J. Balitis**
**Jennings, Strouss & Salmon, PLC**
**One East Washington Street, Suite 1900**
**Phoenix, Arizona  85004-2554**

Defendant's Atty(s):

II. Basis of Jurisdiction:     **4. Diversity (complete item III)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

    Plaintiff:- **5 Non AZ corp and Principal place of Business outside AZ**
    Defendant:- **1 Citizen of This State**

IV. Origin :      **1. Original Proceeding**

V. Nature of Suit:     **190 Other Contract**

VI. Cause of Action:    **complete diversity between parties; 28 USC §1332(a)**

VII. Requested in Complaint

       Class Action: **No**
     Dollar Demand: **TBD**
       Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:** s/ Julia S. Acken

    Date: 8/5/2020

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014